AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

JS IP, LLC; FONTAINEBLEAU FLORIDA HOTEL, LLC; FONTAINEBLEAU FLORIDA TOWER 2, LLC; FONTAINEBLEAU FLORIDA TOWER 3

*Plaintiff(s)*

v.

ERO RENTALS, LLC

*Defendant(s)*

Civil Action No. 17-cv-21664-JEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ERO RENTALS, LLC
ELI ROUIMI, REGISTERED AGENT
2440 NE MIAMI GARDENS DRIVE
SUITE 102
MIAMI, FL 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: May 4, 2017

*s/ Faithtrina Stinson*

Deputy Clerk
U.S. District Courts